UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CYNTHIA ROBINSON,<br><br>        Plaintiff,<br><br>    v.<br><br>YAKIMA INDIAN NATION TRIBAL COUNSEL,<br><br>        Defendant. | NO. CV-08-3011-EFS<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

On February 8, 2008, *pro se* Plaintiff Cynthia Robinson filed a complaint alleging that Defendant Yakima Indian Nation wrongfully terminated her employment. (Ct. Rec. 1.) The Court reviewed Plaintiff's complaint and concluded it pleaded insufficient facts to establish subject matter jurisdiction. (Ct. Rec. 6.) Because it was not absolutely clear that Plaintiff's complaint's deficiencies could not be cured by amendment, the Court permitted Plaintiff sixty (60) days to file an amended complaint. *Id.* at 3. The Court explicitly warned Plaintiff that failure to timely amend her complaint would result in dismissal. *Id.* at 4. To date, Plaintiff has not filed an amended complaint.

ORDER * 1

Case 2:08-cv-03011-EFS   Document 10   Filed 11/07/08

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Complaint **(Ct. Rec. 1)** is **DISMISSED**;

2. Judgment of dismissal shall be entered **with prejudice**;

3. All pending hearing and trial dates are **stricken**;

4. All pending motions are **denied as moot**; and

5. This filed shall be **CLOSED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide a copy to Plaintiff at her last known address.

**DATED** this ___7th___ day of November 2008.

S/ Edward F. Shea
EDWARD F. SHEA
United States District Judge

Q:\Civil\2008\3011.Dismiss.Complaint.wpd

ORDER * 2