AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

CYNTHIA ROBINSON,

        Plaintiff,

v.

YAKIMA INDIAN NATION TRIBAL COUNSEL,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-3011-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the complaint is dismissed with prejudice pursuant to the Order Dismissing Action With Prejudice entered on November 7, 2008, Ct. Rec. 10.

| November 7, 2008 | JAMES R. LARSEN |
|---|---|
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |